831 F.2d 288
 Ross University School of Medicine
v.
Luka (Edward W., M.D.), Ambrose (Robert), Schulman (Aaron),
Ballou (Ruth), Belfatto (Joseph), DeMarco (Anthony),
Grossman (Michael), Islami (Abdol), Lewis (Sanford), Malta (Frank), McCutheon (Robert), McGahn (Joseph), Sidoti
(Nicholas), Solomon (Jeffrey), Hollander (T. Edward)
 NO. 87-5189
 United States Court of Appeals,
Third Circuit.
 SEP 30, 1987
 
 1
 Appeal From: D.N.J.
 
 
 2
 AFFIRMED.